RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California 90064-1525
Tel:   (310) 277-2040
Fax:   (310) 286-9525

LAWRENCE M. JACOBSON (SBN 100939)
GLICKFELD, FIELDS & JACOBSON LLP
9720 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone:  (310) 550-7222
Facsimile:  (310) 550-6222

Attorneys for Debtor and Debtor-in-Possession
LAKELAND DEVELOPMENT COMPANY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAKELAND DEVELOPMENT COMPANY,<br><br>Debtor. | No. 2:12-bk-25842 RN<br><br>Chapter 11<br><br>**DECLARATION OF TONY KER IN SUPPORT OF MOTION FOR APPROVAL OF THE ASSUMPTION OF ASSET SALE AGREEMENT AND LEASE-OPTION AGREEMENT BETWEEN DEBTOR AND RIDGELINE ENERGY, INC**<br><br>DATE: September 20, 2012<br>TIME: 3:00 PM<br>CTRM: 1645 |

---

**DECLARATION OF TONY KER IN SUPPORT OF MOTION FOR APPROVAL OF THE ASSUMPTION OF ASSET SALEAGREEMENT AND LEASE-OPTION AGREEMENT BETWEEN DEBTOR AND RIDGELINE ENERGY, INC.**

I, Tony Ker, declare:

1. I am the President of Ridgeline Energy Services (USA) Inc. ("Ridgeline"). I am the person at Ridgeline primarily responsible for negotiating and implementing the Asset Purchase Agreement and the Lease and Option Agreement which are the subject of the above-entitled motion. I have personal knowledge of the facts stated in this declaration and if called and sworn as a witness I could and would testify competently thereto.

2. It is Ridgeline's intention to close on the proposed transactions as soon as possible after entry by the bankruptcy court of a final order approving the assumption of the Ridgeline deal. That closing is subject only to the satisfaction of the closing conditions described in the asset purchase agreement, execution of a formal purchase agreement for the subject real property, formal approval of that purchase agreement by Ridgeline's board of directors and approval by the Toronto Stock Exchange of issuance of the stock in Ridgeline to be transferred to Lakeland under the deal (which approval typically is granted shortly after documentation is provided to the stock exchange). I do not anticipate that any of these items will be problematic and contemplate that they will all be completed quickly after the issuance of the final order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of September, 2012, at Vancouver, British Columbia, Canada.

_____
Tony Ker

**DECLARATION OF TONY KER IN SUPPORT OF MOTION FOR APPROVAL OF THE ASSUMPTION OF ASSET SALEAGREEMENT AND LEASE-OPTION AGREEMENT BETWEEN DEBTOR AND RIDGELINE ENERGY, INC.**

- 2 -

| In re:<br><br>Lakeland Development Company<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER :   2:12-bk-25842 RN |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525. A true and correct copy of the foregoing document described as **DECLARATION OF TONY KER IN SUPPORT OF MOTION FOR APPROVAL OF THE ASSUMPTION OF ASSET SALE AGREMENT AND LEASE-OPTION AGREEMENT BETWEEN DEBTOR AND RIDGELINE ENERGY, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 13, 2012 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Lorie A Ball     lball@peitzmanweg.com
Richard T Baum     rickbaum@hotmail.com, rickbaum@hotmail.com
Russell Clementson     russell.clementson@usdoj.gov
Joseph Corrigan     Bankruptcy2@ironmountain.com        Barry S Glaser     bglaser@swjlaw.com
Lawrence M Jacobson     lmj@gfjlawfirm.com
Lance N Jurich     ljurich@loeb.com, kpresson@loeb.com
Ronald E Ostrin     ron@ostrinlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Jeanne C Wanlass     jwanlass@loeb.com, kpresson@loeb.com
Howard J Weg     hweg@peitzmanweg.com     ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September  , 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 13, 2012 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Judge Richard Neiter, bin outside courtroom 1645, 255 East Temple Street, Los Angeles, California 90012 (hand delivered by attorney service)
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 13, 2012                       Richard T. Baum           /s/ Richard T. Baum
*Date*                      *Type Name*                *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                          **F 9013-3.1**

**REPLY RE MOTION TO ASSUME RIDGELINE CONTRACT**