RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California 90064-1525
Tel:   (310) 277-2040
Fax:   (310) 286-9525

LAWRENCE M. JACOBSON
State Bar No. 100939
Glickfeld, Fields & Jacobson LLP
9720 Wilshire Boulevard
Suite 700
Beverly Hills, California 90212
Tel: 310.550.7222
Fax: 310.550.6222

Attorneys for Debtor-in-Possession
LAKELAND DEVELOPMENT COMPANY

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LAKELAND DEVELOPMENT COMPANY,<br><br>    Debtor. | **Case No. 2:12-bk-25842 RN**<br><br>**Chapter 11**<br><br>**NOTICE OF HEARING FOR APPROVAL OF DISCLOSURE STATEMENT TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION, AND FOR ORDERS APPROVING THE FORM, SCOPE AND NATURE OF SOLICITATION, BALLOTING, TABULATION AND NOTICES WITH RESPECT THERETO, AND SETTING RELATED CONFIRMATION PROCEDURES, DEADLINES AND NOTICES**<br><br>**DATE:    February 12, 2015**<br>**TIME:    2:00 pm**<br>**CTRM:    1645** |

**NOTICE OF HEARING FOR ORDER APPROVING DISCLOSURE STATEMENT AND FOR RELATED ORDERS**

**TO THE UNITED STATES TRUSTEE, ALL CREDITORS AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that on February 12, 2015 at 2:00 pm in Courtroom 1645 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 East Temple Street, Los Angeles, California 90012, a hearing will be held on the motion of Debtor-in-Possession LAKELAND DEVELOPMENT COMPANY ("Debtor" or "Lakeland") for orders:

1. Approving its Disclosure Statement Describing its Second Amended Chapter 11 Plan ("Disclosure Statement");

2. Authorizing the Debtor to disseminate the Disclosure Statement to creditors, equity holders and other parties in interest pursuant to the provisions set forth in the motion, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Central District of California;

3. Limiting service of the "Solicitation Package" (including but not limited to 1) Disclosure Statement and the Second Amended Chapter 11 Plan ("Plan"), 2) notice of a) the Court's order approving the Disclosure Statement, b) the scheduled hearing regarding confirmation of the Plan, and c) the deadline for voting, filing objections, and submitting evidence in connection therewith, and 3) an appropriate ballot or ballots in the form to be filed with the order approving the disclosure statement) on the following entities:

    a. All known creditors 1) that have filed a proof of claim in the Debtor's case (except as have been disallowed by order of the court, have been withdrawn by the creditor, or have been paid in full as a result of A) approval by the court of a compromise with such creditor or B) payment in full of their demand for payment of their secured claims in any transaction to sell the Debtor's land heretofore);

    b. All known creditors who have not filed a proof of claim in the Debtor's case (except as have been disallowed by order of the court or have been withdrawn by the creditor);

|   |   |   |
|---|---|---|
| c. | | Argo Partners as the assignee of numerous claims in the Debtor's case; |
| d. | | All parties who have requested special notice in this case; |
| e. | | The Office of the United States Trustee and the governmental entities enumerated in FRBP Rule 2002(j); and |
| f. | | Providing that service upon any party having requested Notice of Electronic Filing may be accomplished by the filing of those documents in the CM/ECF document filing system of the court with verification that such parties are still on the NEF service list; |

4. Approving the Form of Ballot which will be attached to the Order Approving Disclosure Statement, which will be in substantial conformance with Court Form B14, except as to those modification necessary to conform to the specific treatment under the Plan;

5. Authorizing the Debtor to serve a notice of hearing for confirmation of the Plan upon all parties authorized to be served under motion part 3 hereinabove;

6. Approving and authorizing the Debtor the employ the following procedures for balloting and for tabulation of the ballots with respect to the Plan:

    a. The amount of a claim for the purposes of ballot tabulation will be:

        i. For a claim or interest identified in the schedules as not disputed, and that has not been disallowed, waived, or withdrawn by order of the court, stipulation, or otherwise prior to the Balloting Deadline, and for which no proof of claim has been timely filed, the claim or interest amount as identified in the schedules;

        ii. For a timely filed proof of claim that is filed in a specified liquidated amount and that is not the subject of an objection filed before the deadline for the receipt of ballots, the specific liquidated amount n such proof of claim;

      iii.  For a claim that is subject to an objection in whole or in part before the deadline for receipt of ballots, only the undisputed amount, if any, of such claim or interest, unless such claim or interest is temporarily allowed under FRBP Rule 3018(a).

  b. If an entity submits a ballot for a claim for which there is no timely proof of claim, or which is subject to an unresolved objection filed prior to the deadline for receipt of ballots, such ballot will not be counted unless otherwise ordered by the court;

  c. Creditors that have claims in more than one voting class (i.e., impaired class) under the Plan must submit a separate ballot for voting their claim in each such class;

  d. If a creditor casts more than one eligible ballot with respect to the same claim before the deadline for receipt of ballots, the last ballot received prior to that deadline shall supersede any prior ballot(s) by such entity with respect to that claim;

  e. Any ballot that is incomplete or that is not received by the deadline for receipt of ballots shall not be counted; provided however, that any ballot that is signed but that does not indicate an acceptance or rejection of the Plan shall be deemed to be a ballot accepting the Plan;

  7. At the hearing of this motion, or at any continued hearing thereof, the Debtor will ask the court to establish, among other dates a) the deadline by which ballots must be received in order to be counted, b) the deadline for filing the Plan Ballot Summary with the court, c) the date for the hearing on confirmation of the Plan, d) the date for filing the confirmation motion and evidence in support of confirmation of the Plan, e) the last dates for filing objections to confirmation of the Plan and responses thereto, and f) related procedures.

  Any party desiring a copy of the Debtor's Disclosure Statement and Plan may obtain one without charge by contacting Richard T. Baum, one of the attorneys for the Debtor, by mail, by e-mail, or by telephone, at the address shown on the top left corner of the first

page of this Notice.

DATED:    December 3, 2014            RICHARD T. BAUM and
                                       GLICKFELD, FIELDS & JACOBSON LLP


                                       /s/ Richard T. Baum
                                       _____
                                       RICHARD T. BAUM, Attorneys for Debtor-in-
                                       Possession LAKELAND DEVELOPMENT
                                       COMPANY

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525. A true and correct copy of the foregoing document described as **NOTICE OF HEARING FOR APPROVAL OF DISCLOSURE STATEMENT TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION, AND FOR ORDERS APPROVING THE FORM, SCOPE AND NATURE OF SOLICITATION, BALLOTING, TABULATION AND NOTICES WITH RESPECT THERETO, AND SETTING RELATED CONFIRMATION PROCEDURES, DEADLINES AND NOTICES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 3, 2014 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Lorie A Ball    lball@peitzmanweg.com
Richard T Baum    rickbaum@hotmail.com, rickbaum@hotmail.com
Joseph Corrigan    Bankruptcy2@ironmountain.com
Scott D Friedberg    sfriedberg@theseaportgroup.com, sdfriedberg@gmail.com
Barry S Glaser    bglaser@swesq.com
Matthew A Gold    courts@argopartners.net
Noah M Golden-Krasner    noah.goldenkrasner@doj.ca.gov, gwen.blanchard@doj.ca.gov
Lawrence M Jacobson    lmj@gfjlawfirm.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
John G McCarthy    jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
Randy P Orlik    rorlik@coxcastle.com
Ronald E Ostrin    ron@ostrinlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jeanne C Wanlass    jwanlass@loeb.com, kpresson@loeb.com
Howard J Weg    hweg@peitzmanweg.com
Stephen Wong    swong@spcclaw.com
Hatty K Yip    hatty.yip@usdoj.gov    ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 3, 2014, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
▣ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 3, 2014 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**Judge Richard Neiter**, bin outside courtroom 1645, 255 East Temple Street, Los Angeles, California 90012 (hand delivered by attorney service)
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
December 3, 2014             Richard T. Baum             /s/ Richard T. Baum
*Date*                  *Type Name*                *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**NOTICE OF HEARING FOR ORDER APPROVING DISCLOSURE STATEMENT AND FOR RELATED ORDERS**
- 6 -

**Lakeland Development Company**

**2:12-bk-25842 RN**

| | | |
|---|---|---|
| AAVCO Electric<br>13746 Crewe Street<br>Whittier, CA  90605 | Dept of Motor Vehicles<br>PO Box 942894<br>Sacramento, CA  94294-0300 | Los Angeles County Tax Collect<br>PO Box 54018<br>Los Angeles, CA  90054 |
| American Speciality Health<br>Dept. LA 23078<br>Pasadena, CA  91185-3078 | Dion & Son, Inc.<br>1543 W.16th Street<br>Long Beach, CA  90813 | M Industrial Mechanical, Inc<br>PO Box 22624<br>Long Beach, CA  90801 |
| Bingham McCutchen LLP<br>PO Box 3486<br>Boston, MA  02110 | Environment& Natural Resource<br>PO Box 7611<br>Washington, DC  20044-7611 | ACE Property & Casualty Ins Co<br>Crowell & Moring LLP<br>275 Battery Street<br>San Francisco, CA 94115 |
| Braverman & Co, P.C.<br>331 Madison Avenue<br>New York, NY  10017 | Federal Express Corporation<br>PO Box 7221<br>Pasadena, CA  91109-7321 | Central National Insurance<br>Crowell & Moring LLP<br>275 Battery Street<br>San Francisco, CA 94115 |
| CA Dept. of Health Services<br>PO Box 997414<br>Sacramento, CA  95899-7414 | Garcia Joseph J.<br>PO Box 5311<br>Norco, CA  92860 | MNSG Acquisition Company<br>1614 Churchville Rd<br>Bel Air, MD 21015 |
| South Cal.Operation<br>C. Rudolph Dpt Toxic Control<br>PO Box 806<br>Sacramento, CA  95812-0806 | Greenline Products<br>13249 E. Imperial Highway<br>Whittier, CA  90605 | Murex Environmental, Inc<br>15375 Barranca Pkwy, Ste K101<br>Irvine, CA  92618-2211 |
| Chemtek Environmental LabInc.<br>13554 Larwin Circle<br>Santa Fe Springs, CA  90670 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Norwalk/LA Mirada<br>11661 E. Firestone Blvd<br>Norwalk, CA  90650 |
| City of SFS-License<br>11710 E. Telegraph Road<br>Santa Fe Sprgs, CA  90670-3658 | Iron Mountain<br>PO Box 27128<br>New York, NY  10087-7128 | Principal Financial Group<br>PO Box 2000<br>Mason City, IA  50402-2000 |
| Consolidated Disposal Service<br>PO Box 78829<br>Phoenix, AZ  85062-8010 | Isola Law Group, LLP<br>405 West Pine street<br>Lodi, CA  95240 | PVF Sales, Inc.<br>13707 Borate Street<br>Santa Fe Springs, CA  90670 |
| Continental Building Inc.<br>13316 Mapledale Street<br> Norwalk, CA  90650 | Ken Spiker Jr/OC Office<br>605 Frankfort Ave<br>Huntington Beach, CA  92648 | R.B Paint & Body Center<br>10850 Norwalk Blvd<br>Santa Fe Springs, CA  90670 |
| COSTCO/HSBS Business Sol.<br>PO Box 5219<br>Carol Stream, IL  60197-5219 | Keystone Electric<br>1969 Freeman Ave<br>Signal Hill, CA  90755 | LA Regional Water Board<br>320 West 4th Street, Suite 200<br>Los Angeles, CA 90013 |
| CPS Environmental Group<br>5900 Cherry Avenue<br>Long Beach, CA  90805-4408 | Loeb & Loeb LLP<br>Albert M. Cohen Esq<br>10100 Santa Monica BL, 22nd Fl<br>Los Angeles, CA  90067 | Ricoh Americas Corporation<br>PO Box 4245<br>Carol Stream, IL  60197-4245 |

**NOTICE OF HEARING FOR ORDER APPROVING DISCLOSURE STATEMENT AND FOR RELATED ORDERS**

| # | | | |
|---|---|---|---|
| 1 | Ricoh Americas Corp. Lease<br>PO Box 6434<br>Carol Stream, IL 60197-6434 | US Environmental Prot Agcy<br>David Wood, Financial Mgmt<br>75 Hawthorne St<br>San Francisco, CA 94105 | Los Angeles City Clerk<br>PO Box 53200<br>Los Angeles, CA 90054-0110 |
| 3 | South Coast A.Q.M.D<br>PO Box 4943<br>Diamond Bar, CA 91765-0943 | Verizon Business<br>PO Box 371355<br>Pittsburgh, PA 15250-7355 | Securities & Exchange Comm<br>5670 Wilshire Ave, 11th Floor<br>Los Angeles, CA 90036 |
| 5 | Southern Cal. Gas Co<br>PO Box C<br>Monterey Park, CA 91756 | Verizon California<br>PO Box 920041<br>Dallas, TX 75392-0041 | American Express Travel<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 7 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771-001 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | CA Dept. Of Health Services<br>PO Box 997414<br>Sacramento, CA 95899-7414 |
| 9 | Standard Insurance Co.<br>PO Box 5676<br>Portland, OR 97228-5676 | Vision Service Plan<br>PO Box 45210<br>San Francisco, CA 94145-5210 | Iron Montain Information Mngmt<br>745 Atlantic Ave, 10th Floor<br>Boston, MA 02111-2735 |
| 11 | State Comp Insurance Fund<br>PO Box 9102<br>Pleasanton, CA 94566-9102 | Adelina Aguilera<br>8515 Catalina Avenue<br>Whittier, CA 90605 | Los Angeles County Treasurer<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| 13 | Superior Sweeping<br>10429 Salinas River Circle<br>Fountain Valley, CA 92708 | Wells Fargo Equipment Finance<br>PO Box 7777<br>San Francisco, CA 94120-7777 | Reg. Water Quality Control<br>Roger Biggs<br>895 Aerovista Pl., Ste 101<br>San Luis Obispo, CA<br>93401-8725 |
| 15 | Tapia Olivia<br>4277 La Salle Avenue<br>Culver City, CA 90232 | White O'Connor Fink & Brenner<br>10100 Santa Monica Blvd<br>Los Angeles, CA 90067 | Shield Security, Inc.<br>1551 N. Tustin Ave, Ste 650<br>Santa Ana, CA 92705 |
| 17 | TEG/LVI Environmental Servces<br>13320 Cambridge Street<br>Santa Fe Springs, CA 90670 | MICHAEL EGNER<br>VINCENT PAPA<br>ENERGY MERCHANT CO<br>12345 Lakeland Road<br>Santa Fe Springs, CA 90670 | Teg/LVI Environmental Services<br>Gregory G DiCarlo<br>35 Corporate Dr., Ste 1155<br>Trumbull, CT 06611 |
| 19 | Theodora Berger<br>Assistant Attorney General<br>300 South Spring Street<br>Los Angeles, CA 90013-1230 | Matthew H. Kagan<br>Thrifty Oil Co.<br>13116 Imperial Highway<br>Santa Fe Springs, CA 90670 | The Seaport Group LLC<br>360 Madison Avenue<br>New York, NY 10017-7138 |
| 22 | Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Employment Development Dpt.<br>Bankruptcy Group MIC 92E<br>P.O Box 826880<br>Sacramento, CA 94280-0001 | Aetna Health California<br>PO Box 894920<br>Los Angeles, CA 90605-4007 |
| 24 | Underground Service Alert/SC<br>PO Box 77070<br>Corona, CA 92877-0102 | | American Express<br>PO Box 0001<br>Los Angeles, CA 90096-0001 |
| 26 | US Environmental Protection<br>Russell Mechem<br>75 Hawthorne St<br>San Francisco, CA 94105 | Franchise Tax Board<br>Bankruptcy Section MS:A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Annette McDonald<br>2103 S Orange Dr #1<br>Los Angeles, CA 90016-2269 |

**NOTICE OF HEARING FOR ORDER APPROVING DISCLOSURE STATEMENT AND FOR RELATED ORDERS**
- 8 -

| | | |
|---|---|---|
| John G. McCarthy<br>Smith, Gambrell & Russell LLP<br>250 Park Avenue, Suite 1900<br>New York, NY 10177-1999 | Franklin M Benson III<br>42415 Grondlund Court<br>Temecula, CA 92591 | Nicholas Patterson<br>9813 Chadsey Dr<br>Whittier, CA 90603-2005 |
| Benjamin Corral<br>14023 Dicky Street #C<br>Whittier, CA 90605 | Gerald Villalobos<br>2531 S Woodlark Dr<br>Ontario, CA 90605-4144 | PDQ Enterprises Inc.<br>10826 Shoemaker Avenue<br>Santa Fe Springs, CA<br>90670-4587 |
| Brownstein Hyatt Farber Schreck<br>410 17th Street, Suite 2200<br>Denver, CO 80202-4432 | Harold Perrotte<br>2675 N La Vere Dr<br>Long Beach, CA 90810 | Plutarco Acovera<br>21217 Bolsa St<br>Carson, CA 90745-1509 |
| CT Corporation<br>PO Box 449<br>Carol Stream, IL 60197-4349 | Janis Kay Johnson<br>7900 E. Cramer St<br>Long Beach, CA 90808-4424 | Principal Financial Group<br>PO Box 2000<br>Mason City, IA 50402-2000 |
| City of SFS-Fire Department<br>11300 Greenstone Ave<br>Santa Fe Springs, CA<br>90670-4619 | Juan Manual Ortiz<br>5363 El Rio Avenue<br>Riverside, CA 92509-2224 | Raul Hernandez<br>14242 1/2 Tedford Dr<br>Whittier, CA 90604-2723 |
| City of SFS-Legal (Planning)<br>11710 E Telegraph Road<br>Santa Fe Springs, CA<br>90670-3658 | Larry E Hawk<br>201 Forster Court<br>Woodstock, GA 30188<br><br>LA County Treasurer & Tax Collect<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Reuters America LLC<br>GPO Box 10410<br>Newark, NJ 07193-0410<br><br>Ricoh Americas Corp<br>Attn: Bankruptcy<br>3920 Arkwright Rd Ste 400<br>Macon, GA 31210-1748 |
| Coastal Industrial Services<br>2250 E. Domingez Street<br>Carson, CA 90810-1008 | MGM<br>3930-B Cherry Avenue<br>Long Beach, CA 90807-3727 | |
| Conn Robert<br>22503 Kent Avenue<br>Torrance, CA 90505-2367 | Matthew Davis<br>14802 Jupiter Street<br>Whittier, CA 90603-2019 | Robertson Charitable<br>Remainder Unitrust<br>c/o Louis Isakoff, Esq<br>977 Centerville Trpk, SHB 202<br>Virginia Beach. VA 23463-0001 |
| LA County Sanitation Dist #2<br>c/o Johanna A Sanchet<br>221 N Figueroa St, #1200<br>Los Angeles, CA 90012-2663 | Michael Abbasfard<br>PO Box 2739<br>Alexandria, VA 22301-0739 | Ron G Pyles<br>10550 Dulap Crossing #87<br>Whittier, CA 90606-3653 |
| Denice Loal Guenthor<br>10208 Jersey Avenue<br>Santa Fe Springs, CA<br>90670-3649 | Michael Vincent Barranco<br>14671 Oak Ave<br>Irvine, CA 92606-2166 | South Ca. Operation<br>C, Rudolph Dpt Toxic Control<br>PO Box 806<br>Sacramento, CA 95812-0806 |
| Edward N. Honer<br>8136 Washington Avenue<br>Whittier, CA 90602-2232 | Natalie T Nguyen<br>3111 1/2 #B Big Dalton Avenue<br>Baldwin Park, CA 91706-5106 | State Water Control Board<br>1001 I Street, 22nd Floor<br>Sacramento, CA 95214-2828 |
| Edwin Sato<br>4618 Opal St<br>Jurupa Valley, CA 92569 | National Union Fire Ins. Co.<br>c/o Stephen Wong<br>555 Montgomery St, Suite 720<br>San Francisco, Ca 94111-2570 | Thomas R. Caballero<br>7431 El Rosal Circle<br>Buena Park, CA 90620-2610 |

**NOTICE OF HEARING FOR ORDER APPROVING DISCLOSURE STATEMENT AND FOR RELATED ORDERS**
- 9 -

| | |
|---|---|
| 1 | Twin City Fire Ins, Comp. |
| | Nancy L Manzer |
| 2 | Wilmer Cutler Pickering Hale |
| | 1875 Pennsylvania Ave NW |
| 3 | Washington DC 2006-3642 |
| 4 | United States Trustee (LA) |
| | 915 Wilshire Boulevard |
| 5 | Suite 1850 |
| | Los Angeles, CA 90017 |
| 6 | |
| | Verizon Wireless |
| 7 | PO Box 3397 |
| | Bloomington, IL 61702-3397 |
| 8 | |
| | Wells Fargo Equipment Finance |
| 9 | 300 Tri State Intl,  Ste 400 |
| | Lincolnshire, IL 60069-4717 |
| 10 | |
| | Rafael Bernardino |
| 11 | Hobson Bernardino + Davis LLP |
| | 725 S Figueroa St |
| 12 | Ste 3230 |
| | Los Angeles, CA 90017 |
| 13 | |
| | Argo Partners |
| 14 | 12 West 37th Street |
| | 9th Floor |
| 15 | New York, New York 10018 |

**NOTICE OF HEARING FOR ORDER APPROVING DISCLOSURE STATEMENT AND FOR RELATED ORDERS**
- 10 -