| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD T. BAUM <br> State Bar No. 80889 <br> 11500 West Olympic Boulevard, Suite 400 <br> Los Angeles, California  90064-1525 <br> Tel: (310) 277-2040 <br> Fax: (310) 286-9525 <br> LAWRENCE M. JACOBSON (SBN 100939) <br> GLICKFELD, FIELDS & JACOBSON LLP <br> 9720 Wilshire Boulevard, Suite 715 <br> Beverly Hills, California  90212 <br> Telephone:  (310) 550-7222 <br> Facsimile:  (310) 550-6222 <br> ☐ *Individual appearing without attorney* <br> ☐ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br><br> LAKELAND DEVELOPMENT COMPANY, <br><br><br><br><br> Debtor(s). | CASE NO.: 2:12-bk-25842 RN <br> CHAPTER: 11 <br><br> **NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** | **Time:** |
|---|---|
| **Location:**  12345 Lakeland Road, Santa Fe Springs, CA 90670 | |

**Type of Sale**:   ☐ Public   ☒ Private      **Last date to file objections**: 03/26/2015

**Description of property to be sold**:
 - 1990 White Ford F700 Stakebed Truck (ID No.1FDNF70K8LVA01379) with 30,418 miles.

 - 1995 Green Mack Vacuum Truck (ID No. 1M1AA13Y1SW054335).


**Terms and conditions of sale**:
 - 1990 White Ford F700 Stakebed Truck will be sold for a minimum of $6,000.00 or best offer.
 - 1995 Green Mack Vacuum Truck will be sold for a minimum of $10,000.00 or best offer.



**Proposed sale price**: _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
 N/A

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
 Michael Egner
 12345 Lakeland Road
 Santa Fe Springs, CA 90670
 Tel: (562) 906-0482
 email: megner@lakelanddevco.com

Date: 03/10/2015

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                              **F 6004-2.NOTICE.SALE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11500 West Olympic Blvd, Suite 400 Los Angeles, California 90064

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/10/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/10/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Judge Richard Neiter, bin outside courtroom 1645, 255 East Temple Street, Los Angeles, California 90012 (hand delivered by attorney service)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/10/2015 | MYRIAM BIZ | /s/Myriam Biz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 3  **F 6004-2.NOTICE.SALE**

Mailing List

**Re: Lakeland Development Company
Case No: 2:12-bk-25842 RN**

Lorie A Ball     LBall@robinskaplan.com
Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Joseph Corrigan    Bankruptcy2@ironmountain.com
Scott D Friedberg    sfriedberg@theseaportgroup.com, sdfriedberg@gmail.com
Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
Matthew A Gold    courts@argopartners.net
Noah M Golden-Krasner    noah.goldenkrasner@doj.ca.gov, gwen.blanchard@doj.ca.gov
Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
Lawrence M Jacobson    lmj@gfjlawfirm.com
Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
Louis E Kempinsky    lek@kempinskylaw.com
Kenneth G Lau    kenneth.g.lau@usdoj.gov
John G McCarthy    jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
Randy P Orlik    rorlik@coxcastle.com
Ronald E Ostrin    ron@ostrinlaw.com
Mark D Plevin    mplevin@crowell.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jeanne C Wanlass    jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com
Howard J Weg    hweg@robinskaplan.com
Christopher F Wilson    cfw.cwanda@gmail.com, cindy.c.wilson@gmail.com
Stephen Wong    swong@spcclaw.com