**SEDGWICK LLP**
ROBERT S. GEBHARD (Bar No. 158125)
robert.gebhard@sedgwicklaw.com
LILLIAN G. STENFELDT (Bar No. 104929)
lillian.stenfeld@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Goodman Santa Fe
Springs SPE LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAKELAND DEVELOPMENT COMPANY<br><br>     Debtor, | CASE NO. 2:12-bk-25842 RN<br><br>**RESPONSE TO DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>DATE:   April 21, 2015<br>TIME:   9:00 a.m.<br>CTRM:   1645 |

Goodman Santa Fe Springs SPE LLC ("Goodman"), an administrative expense claimant and party in interest, hereby submits this response to the Chapter 11 Status Report ("Report") filed by the Debtor in the above bankruptcy case [Docket No. 570].

Goodman is discussing with the Debtor a possible resolution of its substantial administrative expense claim against the bankruptcy estate for unpaid rent and other costs and damages caused by the Debtor's breaches of its various legal and contractual obligations to Goodman. As of the filing of this response, settlement discussions are ongoing and Goodman is hopeful that an agreement will be reached.

Goodman has reserved all rights to object to the Ridgeline settlement that is referenced in

-1-
20085490V1

1    the Debtor's Report [Docket No. 552] and to other pending matters, and to file appropriate

2    actions in this Court, if necessary or appropriate.

3

4

5    DATED:  April 16, 2015                    SEDGWICK LLP

6

7                                        By: /s/ *Robert S. Gebhard*
                                            Robert S. Gebhard
8                                            Attorneys for Goodman Santa Fe
                                            Springs SPE LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESPONSE TO DEBTOR'S CHAPTER 11 STATUS REPORT**

20085490V1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Blvd, Suite 400, Los Angeles, California 90064-1525. A true and correct copy of the foregoing document described as RESPONSE TO DEBTOR'S CHAPTER 11 STATUS REPORT will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 10, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):  On April 10, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSM ISSION OR EMAIL** (indicate method for  each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 10, 2015 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Judge Richard Neiter, bin outside courtroom 1645, 255 East Temple Street, Los Angeles, California 90012 (hand delivered by attorney service)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/16/15 | Nicole M. Tavis | /s/ Nicole M. Tavis |
|---------|-----------------|---------------------|
| *Date* | *Type Name* | *Signature* |

20086635v1

Sedgwick

# LAKELAND DEVELOPMENT COMPANY

## *2:12-bk-25842 RN*

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Attorneys for Debtor Lakeland Development Company:
• Richard T Baum rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
• Lawrence M Jacobson lmj@gfjlawfirm.com

Attorneys for Secured Creditor 12345 Lakeland LLC:
• Lorie A Ball LABall@rkmc.com
• Howard J Weg HJWeg@rkmc.com

Attorney for Ridgeline Energy Services (USA) Inc.:
• Louis E Kempinsky lek@kempinskylaw.com

Attorneys for Creditor Argo Partners:
• Matthew A Gold courts@argopartners.net
• Richard H Golubow rgolubow@winthropcouchot.com, pj@winthropcouchot.com;
vcorbin@winthropcouchot.com

Attorney for the City of Santa Fe Springs:
• Ronald E Ostrin ron@ostrinlaw.com

Attorneys for Creditors Loeb & Loeb:
• Lance N Jurich ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
• Jeanne C Wanlass jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com

Attorney for Regional Water Quality Control Board, Los Angeles Region; State Water Resources
Control Board:
• Noah M Golden-Krasner noah.goldenkrasner@doj.ca.gov,
gwen.blanchard@doj.ca.gov

Attorney for SoCal Developers, Michael Abbasfard:
• Christopher F Wilson cfw.cwanda@gmail.com, cindy.c.wilson@gmail.com

Attorney for Secured Creditor Iron Mountain:
• Joseph Corrigan Bankruptcy2@ironmountain.com

Attorney for Creditor Seaport Group:
• Scott D Friedberg sfriedberg@theseaportgroup.com, sdfriedberg@gmail.com

Attorney for Creditors ACE Property and Casualty Insurance Company and Central  National
Insurance Company of Omaha:
• Mark D Plevin mplevin@crowell.com

Attorney for National Union Fire Insurance Company of Pittsburgh, PA:
• Stephen Wong swong@spcclaw.com

**RESPONSE TO DEBTOR'S CHAPTER 11 STATUS REPORT**
20085490V1

1

<u>Attorney for Creditor Smith, Gambrell & Russell:</u>
• John G McCarthy jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com

2

<u>Attorneys for the Office of the United States Trustee:</u>
3   • Kenneth G Lau kenneth.g.lau@usdoj.gov

    • United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
4

5   **<u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL:</u>**

6   <u>By US Mail:</u>

7   <u>Special Notice:</u>

8   Rafael Bernardino
    Hobson Bernardino + Davis LLP
9   725 S Figueroa St, Ste 3230
    Los Angeles, CA 90017
10

    H. Henry Eshraghian
11  Expert Accounting & Tax Firm
    112 W 9th St Ste 325
12  Los Angeles, CA 90015

13  The Seaport Group LLC Profit Sharing Plan
    c/o The Seaport Group LLC
14  Attn: Scott Friedberg
    360 Madison Ave 22nd Fl
15  New York, NY 10017

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
**RESPONSE TO DEBTOR'S CHAPTER 11 STATUS REPORT**

20085490V1