RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California 90064-1525
Telephone:   310.277.2040
Facsimile:    310.286.9525

LAWRENCE M. JACOBSON (SBN 100939)
GLICKFELD, FIELDS & JACOBSON LLP
9720 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 550-7222
Facsimile: (310) 550-6222

Attorneys for Debtor and Debtor-in-Possession
LAKELAND DEVELOPMENT COMPANY

FILED & ENTERED

APR 17 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAKELAND DEVELOPMENT COMPANY,<br><br>        Debtor. | Case No.  2:12-bk-25842 RN<br><br>**Chapter 11**<br><br>**ORDER CONTINUING STATUS CONFERENCE IN CHAPTER 11 CASE, INTERIM FEE APPLICATIONS OF RICHARD T. BAUM AND GLICKFELD, FIELDS & JACOBSON, LLP, AND HEARING ON APPROVAL OF STIPULATION FOR ALLOWANCE OF CLAIM OF THE CITY OF SANTA FE SPRINGS**<br><br>**Old Date:**      April 21, 2015<br><br>**New Date:**      May 5, 2015<br>**Time:**      2:00 p.m.<br>**Place:**      Courtroom 1645 |

The Stipulation to Continue the Status Conference in this Chapter 11 Case, the hearing of the Interim Applications for Approval of Fees and Costs to Richard T. Baum and Glickfeld, Fields & Jacobson, LLP, and the hearing for approval of the Stipulation for the Allowance of the Claim of the City of Santa Fe Springs having been filed with the court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. The Status Conference in this Chapter 11 Case, the Interim Application for Fees and Costs of Richard T. Baum and Glickfeld, Fields & Jacobson, and the hearing to Approve the Stipulation to Allow the Claims of the City of Santa Fe Springs are continued to May 5, 2015 at 2:00 p.m. in Courtroom 1645 of this Court,

3. On or before May 5, 2015, Debtor shall file and serve its anticipated budget for May – August 2015.

IT IS SO ORDERED
Date: April 17, 2015

Richard M. Neiter
United States Bankruptcy Judge

2