Jason M. Rund
Chapter 7 Trustee
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile: (310) 640-0200
trustee@srlawyers.com

Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | CASE NO. 2:12-25842 RN |
|---|---|
| LAKELAND DEVELOPMENT COMPANY, LLC, | [CHAPTER 11] |
| Debtor. | AFFIDAVIT OF JASON M. RUND IN SUPPORT OF APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE |

I, Jason M. Rund, hereby state the following under penalty of perjury, 18 U.S.C. § 1001, as condition of my appointment in this case by the United States Trustee:

1. I have filed income tax returns for the three years preceding my appointment in this case.
2. I own no delinquent tax obligations to any taxing authority.
3. I have never been convicted of a felony.
4. I am not addicted to any drug, narcotic or alcohol.
5. There are not outstanding money judgments entered against me.

-1-

6. I am not individually named as a defendant in any lawsuit pending at this time except: I was named as individual defendant in the matter of GRL-Mesa Investments vs. Art Polacheck, Los Angeles Superior Court Case Number BC484126 arising from a real estate transaction done by Polacheck while allegedly acting as a real estate agent under my corporate real estate brokerage license. Summary judgment was granted in my favor on June 19, 2014 but an appeal is pending.

7. I am not delinquent in repaying any student loan obligations.

Executed this 25th day of June, 2015 at El Segundo, California.

*[signature]*
Jason M. Rund

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____)

On __June 25, 2015__ before me, __Laura Gitnick, Notary Public__,
(insert name and title of the officer)

personally appeared __Jason M. Rund__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/ Laura Gitnick_    (Seal)

LAURA GITNICK
Comm. #2082866
Notary Public - California
Los Angeles County
Comm. Expires Sep 23, 2018

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **AFFIDAVIT OF JASON M. RUND IN SUPPORT OF APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 25, 2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On __**June 25, 2015**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 25, 2015** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 25, 2015 | Lawrence Pleasant | /s/ Lawrence Pleasant |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   Lorie A Ball, interested party, LABall@rkmc.com
   Richard T Baum, counsel for debtor, rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
   Joseph Corrigan, interested party, Bankruptcy2@ironmountain.com
   Scott D Friedberg, interested party, sfriedberg@theseaportgroup.com, sdfriedberg@gmail.com
   Barry S Glaser, counsel for creditor, bglaser@swesq.com
   Matthew A Gold, counsel for creditor, courts@argopartners.net
   Noah M Golden-Krasner, interested party, noah.goldenkrasner@doj.ca.gov, gwen.blanchard@doj.ca.gov
   Richard H Golubow, creditor's counsel, rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
   Melanie Scott Green, counsel for UST, Melanie.green@usdoj.gov
   Lawrence M Jacobson, debtor's counsel, lmj@gfjlawfirm.com
   Lance N Jurich, counsel for creditor, ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
   John G McCarthy, counsel for creditor, jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
   Randy P Orlik, counsel for creditor, rorlik@coxcastle.com
   Ronald E Ostrin, counsel for creditor, ron@ostrinlaw.com
   United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov
   Jeanne C Wanlass, counsel for creditor, jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com
   Howard J Weg, counsel for creditor, HJWeg@rkmc.com
   Christopher F Wilson, interested party, cfw.cwanda@gmail.com, cindy.c.wilson@gmail.com
   Stephen Wong, counsel for creditor, swong@spcclaw.com
   Hatty K Yip, counsel for UST, hatty.yip@usdoj.gov,
   Kenneth.G.Lau@usdoj.gov,dare.law@usdoj.gov,queenie.k.ng@usdoj.gov,alvin.p.mar@usdoj.gov,kelly.l.morrison@usdoj.gov,melanie.green@usdoj.gov

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   **Debtor:**
   Lakeland Development Company
   12345 Lakeland Road
   Santa Fe Springs, CA 90670

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

   Judge's Copy
   Honorable Richard Neiter
   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE