MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, Bar No. 70769
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501
richard.esterkin@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Jeffrey S. Raskin, Bar No. 169096
One Market Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001
jeffrey.raskin@morganlewis.com

Attorneys for Plaintiff, Jason M. Rund
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAKELAND DEVELOPMENT COMPANY,<br><br>            Debtor | Case No. 2:12-bk-25842-BR<br><br>Chapter Number 7<br><br>**STATUS REPORT RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM)**<br><br>Date:  April 16, 2019<br>Time:  10:00 a.m.<br>Ctrm:  1668 |

Jason M. Rund, chapter 7 trustee (the "Trustee"), respectfully submits the following status report regarding the Motion for Relief from the Automatic Stay (Action in Non-Bankruptcy Forum) (the "Motion," Dkt. No. 742) filed by ACE Property & Casualty Insurance Co. and Central National Insurance Company of Omaha (collectively, "Movants"):

The Motion has been resolved pursuant to the terms of a stipulation between the Trustee and Movants filed on April 4, 2019 (Dkt. No. ___).  No party in interest timely filed opposition to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 36234213.2

1

STATUS REPORT RE MOTION FOR RELIEF
FROM THE AUTOMATIC STAY (ACTION IN
NON-BANKRUPTCY FORUM).

the Motion. The parties will be appearing at the scheduled hearing of the motion to respond to any questions that the Court may have regarding the parties' proposed stipulated order.

Dated: April 5, 2019

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin

By /s/ Richard W. Esterkin
Richard W. Esterkin
Attorneys for Jason M. Rund, chapter 7 trustee

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 36234213.2

2

STATUS REPORT RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM).