| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Richard W. Esterkin, Cal. State Bar No. 70769<br>MORGAN LEWIS & BOCKIUS LLP<br>300 S Grand Ave Fl 22<br>Los Angeles CA  90012-3132<br>Tel:  (213) 612-2500<br>Fax: (213) 612-2501<br>richard.esterkin@morganlewis.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Plaintiff, Jason M. Rund, Ch. 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LAKELAND DEVELOPMENT COMPANY,<br><br><br><br>Debtor(s) | CASE NO.: 2:12-BK-25842-br<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM) |

PLEASE TAKE NOTE that the order titled Stipulated Order Resolving Motion for Relief from the Automatic Staty (Action in Non-Bankruptcy Forum)

was lodged on (*date*) __04/16/2019__ and is attached.  This order relates to the motion which is docket number 742 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                              F 9021-1.2.BK.NOTICE.LODGMENT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Morgan Lewis & Bockius LLP, 300 S Grand Ave Fl 22, Los Angeles CA 90071-3132

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___04/16/2016___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard T. Baum, Ronald K. Brown, Christopher T Casamassima, Thomas H. Casey, Joseph Corrigan, Steven M. Crane, Richard W. Esterkin, Donald T. Fife, Jesse S. Finlayson, Scott Friedberg, Robert S. Gebhard, Barry S. Glaser, Matthew A. Gold, Noah M. Golden-Krasner, Richard H. Golubow, Brian L. Holman, David R. Isola, Lawrence M. Jacobson, Lance N. Jurich, Louis E. Kempinsky, Kenneth G. Lau, John G. McCarthy, Kanthleen M. McCarthy (cont.),

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___04/16/2019___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Hon. Barry Russell
US Bankruptcy Court, Central District of California
Edward R Roybal Federal Building and US Courthouse
255 E Temple St Ste 1660, Los Angeles CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2019 | Renee Robles | /s/ Renee Robles |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9021-1.2.BK.NOTICE.LODGMENT

**Service Information (cont.):**

Randy P. Orlik, Ronald E. Ostrin, Mark D. Plevin, James Potter, Jason M. Rund, Philip E. Smith, United States Trustee (LA), Howard J. Weg, Christopher F. Wilson, and Stephen Wong.

Case 2:12-bk-25842-BR    Doc 813    Filed 04/16/19    Entered 04/16/19 12:38:51    Desc
Main Document      Page 3 of 6

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, Bar No. 70769
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
richard.esterkin@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Jeffrey S. Raskin, Bar No. 169096
One Market Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
jeffrey.raskin@morganlewis.com

Attorneys for Plaintiff, Jason M. Rund
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAKELAND DEVELOPMENT COMPANY,<br><br>Debtor | Case No. 2:12-bk-25842-BR<br><br>Chapter Number 7<br><br>**STIPULATED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM)**<br><br>Date: April 16, 2019<br>Time: 10:00 a.m.<br>Ctrm: 1668 |

The parties hereto having stipulated thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.     Subject to the terms of this Order, the motion of ACE Property & Casualty Company and Central National Insurance Company of Omaha for an order modifying the automatic stay to permit the chapter 7 trustee herein to be named as a party in the matter of *ACE*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER RESOLVING MOTION TO LIFT
STAY

C:\Users\MP095382\Desktop\Order on Stipulation re
Automatic Stay.DOCX

1 | *Property & Casualty Insurance Co., et al. v. Certain Underwriters, et al.*, Los Angeles County
2 | Superior Court Case No. BC397070 (the "State Court Action") is granted.
3 |     2.    Notwithstanding the provisions of paragraph 1 of this Order, the parties to the
4 | State Court Action shall be limited in relation to the discovery that may be propounded to the
5 | Trustee, including any deposition of the Trustee, as provided in the Federal Rules of Civil
6 | Procedure then in effect, as though the State Court Action were proceeding in this Court.
7 |     3.    The Court shall retain jurisdiction over any dispute regarding the provisions of this
8 | Order, including, without limitation, whether any discovery served or sought in the State Court
9 | Action exceeds the permissible limits on discovery as set forth in paragraph 2 of this Order.

                                                                                        # # # #

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

C:\Users\MP095382\Desktop\Order on Stipulation re Automatic Stay.DOCX

2

ORDER RESOLVING MOTION TO LIFT STAY



**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, April 16, 2019

CONFIRMATION :

Your Lodged Order Info:
( 7880093.DOCX )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Lakeland Development Company
- **Case Number**: 12-25842
- **Judge Initial**: BR
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 742
- **On Date**: 04/16/2019 @ 11:23 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012